# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Re: Motion to Consolidate Jackson Water Cases |
| **Date:** | Thursday, June 2, 2022 at 5:49:10 PM Eastern Daylight Time |
| **From:** | Kimberly Lynn Russell |
| **To:** | Davide Macelloni, Meade Mitchell, Claire Barker, djc@wisecarter.com, Beau Cole, Richard Daniels, tharris@cochranfirm.com, john@hgattorneys.com, Kipfmiller, Amber, Gerald.Kucia@ago.ms.gov, Webster III, Clarence, cmartin@city.jackson.ms.us, Pickett, Kaytie, Orlando R. Richmond, Sr., Margaret Smith, Stone, Adam, Phillip Sykes, LT Allen |
| **CC:** | Corey Stern, John Guinan, Amber R. Long, Rogen Chhabra, Darryl Gibbs |

**Attachments:** image001.png, image002.png, image003.png

Davide —

Thanks for the letting me know. We will make sure this is included in the motion to reflect your email.

Best,
Kimberly

---

**From:** Davide Macelloni <dmacelloni@drbdc-law.com>
**Sent:** Thursday, June 2, 2022 5:46:37 PM
**To:** Kimberly Lynn Russell <klrussell@levylaw.com>; Meade Mitchell <Meade.Mitchell@butlersnow.com>; Claire Barker <cbarker@city.jackson.ms.us>; djc@wisecarter.com <djc@wisecarter.com>; Beau Cole <Beau.Cole@butlersnow.com>; Richard Daniels <rdaniels@drbdc-law.com>; tharris@cochranfirm.com <tharris@cochranfirm.com>; john@hgattorneys.com <john@hgattorneys.com>; Kipfmiller, Amber <akipfmiller@joneswalker.com>; Gerald.Kucia@ago.ms.gov <Gerald.Kucia@ago.ms.gov>; Webster III, Clarence <cwebster@joneswalker.com>; cmartin@city.jackson.ms.us <cmartin@city.jackson.ms.us>; Pickett, Kaytie <kpickett@joneswalker.com>; Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>; Margaret Smith <Margaret.Smith@butlersnow.com>; Stone, Adam <astone@joneswalker.com>; Phillip Sykes <Phillip.Sykes@butlersnow.com>; LT Allen <ltallen@hgattorneys.com>
**Cc:** Corey Stern <CStern@levylaw.com>; John Guinan <JGuinan@levylaw.com>; Amber R. Long <ALong@levylaw.com>; Rogen Chhabra <rchhabra@cglawms.com>; Darryl Gibbs <dgibbs@cglawms.com>
**Subject:** Re: Motion to Consolidate Jackson Water Cases

Kimberly,

Apologies for the delayed response. Trilogy does not oppose consolidation of these matters.

Please let me know if you have any questions. Thank you.

Best regards,

Davide Macelloni, Esq.
Daniels, Rodriguez, Berkeley, Daniels & Cruz P.A.
4000 Ponce De Leon Blvd., Ste. 800
Coral Gables, FL 33146
dmacelloni@drbdc-law.com
(305) 448-7988

---

**From:** Kimberly Lynn Russell <klrussell@levylaw.com>
**Sent:** Thursday, June 2, 2022 5:15:39 PM
**To:** Meade Mitchell <Meade.Mitchell@butlersnow.com>; Claire Barker <cbarker@city.jackson.ms.us>;

djc@wisecarter.com <djc@wisecarter.com>; Beau Cole <Beau.Cole@butlersnow.com>; Richard Daniels <rdaniels@drbdc-law.com>; tharris@cochranfirm.com <tharris@cochranfirm.com>; john@hgattorneys.com <john@hgattorneys.com>; Kipfmiller, Amber <akipfmiller@joneswalker.com>; Gerald.Kucia@ago.ms.gov <Gerald.Kucia@ago.ms.gov>; Webster III, Clarence <cwebster@joneswalker.com>; Davide Macelloni <dmacelloni@drbdc-law.com>; cmartin@city.jackson.ms.us <cmartin@city.jackson.ms.us>; Pickett, Kaytie <kpickett@joneswalker.com>; Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>; Margaret Smith <Margaret.Smith@butlersnow.com>; Stone, Adam <astone@joneswalker.com>; Phillip Sykes <Phillip.Sykes@butlersnow.com>; LT Allen <ltallen@hgattorneys.com>
**Cc:** Corey Stern <CStern@levylaw.com>; John Guinan <JGuinan@levylaw.com>; Amber R. Long <ALong@levylaw.com>; Rogen Chhabra <rchhabra@cglawms.com>; Darryl Gibbs <dgibbs@cglawms.com>
**Subject:** Re: Motion to Consolidate Jackson Water Cases

Meade –

Acknowledged. We will include the State Defendants' position to reflect this email.

Thanks,
Kimberly

*Kimberly L. Russell*
Associate



605 THIRD AVENUE, 33rd FL, NEW YORK, NY 10158
PHONE: (212) 605-6224, FACSIMILE: (212) 605-6290

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

**From:** Meade Mitchell <Meade.Mitchell@butlersnow.com>
**Date:** Thursday, June 2, 2022 at 4:53 PM
**To:** Kimberly Lynn Russell <klrussell@levylaw.com>, Claire Barker <cbarker@city.jackson.ms.us>, djc@wisecarter.com <djc@wisecarter.com>, Beau Cole <Beau.Cole@butlersnow.com>, rdaniels@drbdc-law.com <rdaniels@drbdc-law.com>, tharris@cochranfirm.com <tharris@cochranfirm.com>, john@hgattorneys.com <john@hgattorneys.com>, Kipfmiller, Amber <akipfmiller@joneswalker.com>, Gerald.Kucia@ago.ms.gov <Gerald.Kucia@ago.ms.gov>, Webster III, Clarence <cwebster@joneswalker.com>, dmacelloni@drbdc-law.com <dmacelloni@drbdc-law.com>, cmartin@city.jackson.ms.us <cmartin@city.jackson.ms.us>, Pickett, Kaytie <kpickett@joneswalker.com>, Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>, Margaret Smith <Margaret.Smith@butlersnow.com>, Stone, Adam <astone@joneswalker.com>, Phillip Sykes <Phillip.Sykes@butlersnow.com>, LT Allen <ltallen@hgattorneys.com>
**Cc:** Corey Stern <CStern@levylaw.com>, John Guinan <JGuinan@levylaw.com>, Amber R. Long <ALong@levylaw.com>, Rogen Chhabra <rchhabra@cglawms.com>, Darryl Gibbs

<dgibbs@cglawms.com>
**Subject:** RE: Motion to Consolidate Jackson Water Cases

Kimberly,

On behalf of MSDH and Mr. Craig, we are not opposed in principle to consolidation for discovery only of 21-663 and 21-667 and 22-171.  We must see the Plaintiffs' motion before commenting further.

Our clients are opposed to trial consolidation. Our clients are opposed to consolidation of early motion practice in 21-663 and 21-667 and 22-171, since briefing is complete on our clients' early motions in 21-663 and 21-667.

Thanks,

**Meade W. Mitchell**
**Butler Snow LLP**

D: (601) 985-4560 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Meade.Mitchell@butlersnow.com | vCard | Bio
Twitter | LinkedIn | Facebook | YouTube

---

**From:** Webster III, Clarence <cwebster@joneswalker.com>
**Sent:** Thursday, June 2, 2022 10:11 AM
**To:** Kimberly Lynn Russell <klrussell@levylaw.com>; Claire Barker <cbarker@city.jackson.ms.us>; djc@wisecarter.com; Beau Cole <Beau.Cole@butlersnow.com>; rdaniels@drbdc-law.com; tharris@cochranfirm.com; john@hgattorneys.com; Kipfmiller, Amber <akipfmiller@joneswalker.com>; Gerald.Kucia@ago.ms.gov; dmacelloni@drbdc-law.com; cmartin@city.jackson.ms.us; Meade Mitchell <Meade.Mitchell@butlersnow.com>; Pickett, Kaytie <kpickett@joneswalker.com>; Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>; Margaret Smith <Margaret.Smith@butlersnow.com>; Stone, Adam <astone@joneswalker.com>; Phillip Sykes <Phillip.Sykes@butlersnow.com>; LT Allen <ltallen@hgattorneys.com>
**Cc:** Corey Stern <CStern@levylaw.com>; John Guinan <JGuinan@levylaw.com>; Amber R. Long <ALong@levylaw.com>; Rogen Chhabra <rchhabra@cglawms.com>; Darryl Gibbs <dgibbs@cglawms.com>
**Subject:** RE: Motion to Consolidate Jackson Water Cases

Kim:

I am sending this response on behalf of Terris, John, and LT, too.

The Jackson defendants do not oppose consolidation for discovery purposes only.  As you know, the City Defendants filed motions, requesting, among other things, dismissal of plaintiffs' negligence claims due to the timeliness of service of purported MTCA notices on the City in 21-663 and 21-667.  That issue must be resolved before we may consider consolidation of 21-663 and 21-667 with 22-171 for any other purpose beyond discovery.

**Clarence Webster III**  |  Partner
Jones Walker LLP
D: 601.949.4612

cwebster@joneswalker.com

---

**From:** Kimberly Lynn Russell <klrussell@levylaw.com>
**Sent:** Thursday, June 2, 2022 8:51 AM
**To:** Claire Barker <cbarker@city.jackson.ms.us>; djc@wisecarter.com; Beau Cole <Beau.Cole@butlersnow.com>; rdaniels@drbdc-law.com; tharris@cochranfirm.com; john@hgattorneys.com; Kipfmiller, Amber <akipfmiller@joneswalker.com>; Gerald.Kucia@ago.ms.gov; dmacelloni@drbdc-law.com; cmartin@city.jackson.ms.us; Meade Mitchell <Meade.Mitchell@butlersnow.com>; Pickett, Kaytie <kpickett@joneswalker.com>; Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>; Margaret Smith <Margaret.Smith@butlersnow.com>; Stone, Adam <astone@joneswalker.com>; Phillip Sykes <Phillip.Sykes@butlersnow.com>; Webster III, Clarence <cwebster@joneswalker.com>; LT Allen <ltallen@hgattorneys.com>
**Cc:** Corey Stern <CStern@levylaw.com>; John Guinan <JGuinan@levylaw.com>; Amber R. Long <ALong@levylaw.com>; Rogen Chhabra <rchhabra@cglawms.com>; Darryl Gibbs <dgibbs@cglawms.com>
**Subject:** [EXTERNAL] Re: Motion to Consolidate Jackson Water Cases

Good morning, everyone –

We have not heard back from you all about consolidation. Please let me know by today if you have a position on this.

Since the court has asked us to indicate where opposing counsel stands in our memo, I will have to address it. Without response from you all, I will assume you plan to oppose consolidation and I will include that information in our memo.

Let me know if there are any questions I can answer.

Thanks,
Kimberly

*Kimberly L. Russell*
Associate



605 THIRD AVENUE, 33rd FL, NEW YORK, NY 10158
PHONE: (212) 605-6224, FACSIMILE: (212) 605-6290

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

**From:** Kimberly Lynn Russell <klrussell@levylaw.com>
**Date:** Tuesday, May 31, 2022 at 12:40 PM
**To:** Claire Barker <cbarker@city.jackson.ms.us>, djc@wisecarter.com <djc@wisecarter.com>, Beau Cole <Beau.Cole@butlersnow.com>, rdaniels@drbdc-law.com <rdaniels@drbdc-law.com>,

tharris@cochranfirm.com <tharris@cochranfirm.com>, john@hgattorneys.com <john@hgattorneys.com>, Kipfmiller, Amber <akipfmiller@joneswalker.com>, Gerald.Kucia@ago.ms.gov <Gerald.Kucia@ago.ms.gov>, dmacelloni@drbdc-law.com <dmacelloni@drbdc-law.com>, cmartin@city.jackson.ms.us <cmartin@city.jackson.ms.us>, Meade Mitchell <Meade.Mitchell@butlersnow.com>, Pickett, Kaytie <kpickett@joneswalker.com>, Orlando R. Richmond, Sr. <Orlando.Richmond@butlersnow.com>, Margaret Smith <Margaret.Smith@butlersnow.com>, Stone, Adam <astone@joneswalker.com>, Phillip Sykes <Phillip.Sykes@butlersnow.com>, Claire Barker <cbarker@city.jackson.ms.us>
**Cc:** Corey Stern <CStern@levylaw.com>, John Guinan <JGuinan@levylaw.com>, Amber R. Long <ALong@levylaw.com>, Rogen Chhabra <rchhabra@cglawms.com>, Darryl Gibbs <dgibbs@cglawms.com>
**Subject:** Motion to Consolidate Jackson Water Cases

Good afternoon, everyone —

As discussed Friday in our status conference with Judge Reeves, our team is moving forward with our motion to consolidate cases 3:21-663; 3:21-667; and 3:22-171. <u>The motion is due this Friday, June 3</u>.

During the conference, Judge Reeves also advised plaintiffs to include which parties are in favor of consolidation in this motion.

**<u>If any of your clients are in favor of the consolidation, please let me know by close of business tomorrow, June 1</u>**.

Thanks,
Kimberly Russell

*Kimberly L. Russell*
Associate



605 THIRD AVENUE, 33rd FL, NEW YORK, NY 10158
PHONE: (212) 605-6224, FACSIMILE: (212) 605-6290
CELL: (601) 383-2431

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please

reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The contents of this email message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert Daniels Rodriguez Berkeley Daniels Cruz by reply email and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Daniels Rodriguez Berkeley Daniels Cruz for damage arising in any way from its use. UNIFORM ELECTRONIC TRANSFER ACT NOTICE: If this communication concerns negotiation of a contract or agreement, unless otherwise expressly stated in writing, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter occurs subject to our clients' final review and manually affixing of original signatures on original documents.