IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| J.W. | PLAINTIFFS |
| V. | CASE NO.: 3:21-cv-00663-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

*and*

| | |
|---|---|
| P.R., ET AL. | PLAINTIFFS |
| V. | CASE NO.: 3:21-cv-00667-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

*and*

| | |
|---|---|
| C.A., ET AL. | PLAINTIFFS |
| V. | CASE NO.: 3:22-cv-00171-CWR-LGI |
| THE CITY OF JACKSON, ET AL. | DEFENDANTS |

**CITY OF JACKSON'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL BRIEF IN SUPPORT OF DISPOSITIVE MOTION**

Defendant City of Jackson (the "City"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of time, through and including September 26, 2022, to file its Rebuttal Brief in Support of its *Motion for Judgment on the Pleadings* [21-663, ECF No. 80; 21-667, ECF No. 74; and 22-171, ECF No. 42], and further states as follows:

Plaintiffs' *Response in Opposition* [Dkt. 113] and *Memorandum Brief in Opposition* [Dkt. 114] (collectively, the "Response in Opposition") to *City of Jackson's Motion for Judgment on the Pleadings* [21-663, ECF No. 80; 21-667, ECF No. 74; and 22-171, ECF No. 42] were filed on August 22, 2022.

1

#100660549v1

Pursuant to the Court's Text-Only Order entered September 12, 2022, the City's rebuttal brief in response to Plaintiffs' Response in Opposition is currently due on Monday, September 19, 2022.

The City and its counsel require additional time to respond to the allegations and claims made by Plaintiff. Accordingly, the City respectfully requests a seven (7) day extension of the deadline to file its rebuttal brief in response to Plaintiffs' Response in Opposition, up to and including September 26, 2022.

This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow the City sufficient time to fully investigate the allegations and claims raised in Plaintiffs' Response in Opposition, confer with counsel, and prepare its rebuttal brief.

On September 15, the City's counsel conferred with Plaintiffs' counsel regarding the basis for this request and the need for an extension of time. Plaintiffs' counsel had no objection to a seven (7) day extension and provided Plaintiffs' consent to the requested extension.

For these reasons, Defendant the City of Jackson respectfully requests that this Court grant its request for an extension of time to respond to Plaintiffs' Response in Opposition, up to and including September 26, 2022.

RESPECTFULLY SUBMITTED, this the 16th day of September, 2022.

*s/ Clarence Webster, III*
CLARENCE WEBSTER, III

OF COUNSEL:

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)
Adam Stone (MSB #10412)
JONES WALKER LLP

#100660549v1

190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
*Counsel for the City of Jackson*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

    */s/ Clarence Webster, III*
    CLARENCE WEBSTER, III

#100660549v1