UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.W., A MINOR, BY AND                                                    PLAINTIFF
THROUGH AMANDA WILLIAMS
AS GUARDIAN AND NEXT
FRIEND

VS.                                        CIVIL ACTION NO. 3:21-cv-00663-CWR-LGI

THE CITY OF JACKSON,                                                     DEFENDANTS
MISSISSIPPI; ET AL.

<u>ENTRY OF APPEARANCE</u>

COMES NOW Drew M. Martin and files this, his Entry of Appearance, in the above-styled and numbered cause, as one of the counsel for the City of Jackson, Mississippi.

DATED:  August 29, 2023.

Respectfully Submitted on Behalf of Defendant City of Jackson, Mississippi,


_/s/ Drew M. Martin_____
Drew M. Martin, MBN 101045



**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile

<u>CERTIFICATE OF SERVICE</u>

     I certify that on the date indicated below I electronically filed the foregoing document via the Court's electronic filing system, which sent notification to all counsel of record.

     DATED:  August 29, 2023.

                       */s/ Drew M. Martin*